UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JUN 2 0 2023
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) CAUSE NO.
)
DAVID JOSEPH MULL, ) 1:23-cr-0094 JRS-MG
)
Defendant. )

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Unlicensed Dealing in Firearms
### 18 U.S.C. § 922(a)(1)(A)

1. Beginning on a date unknown to the Grand Jury, but no later than September 7, 2019, and continuing through on or about March 9, 2023, in the Southern District of Indiana, DAVID JOSEPH MULL, the defendant herein, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms.

2. During the relevant time period, MULL communicated and met with Individual A, an individual known to the Grand Jury, for the purpose of selling firearms to Individual A in exchange for money.

3. During the relevant time period, MULL obtained firearms from gun shows and other individuals, within the Southern District of Indiana and elsewhere, for sale to Individual A and to others known and unknown to the grand jury. MULL drafted and maintained lists of

firearms and prices that he sold to Individual A. In total, MULL sold in excess of 500 firearms to Individual A during the relevant time period, in exchange for over $350,000 in U.S. currency.

4.   On or before February 17, 2023, MULL became aware that Individual A and Individual B, another individual known to the Grand Jury, had transported the firearms MULL had sold to Individual A to New York for later transport to Mexico.

5.   On or about February 17 and 18, 2023, MULL arranged to sell multiple firearms to Individual B in exchange for money, sending text messages to Individual B, which stated in part: "Got ya a few more today. Could you use a 5.56 caliber AK?" and "I picked you up an AR15, AK47, two 9mm pistols and a 389 today." Individual B told MULL that Individual B had a buyer for the firearms in Mexico and that the firearms would be transported to New York for later transport to Mexico.

6.   On or about March 9, 2023, MULL met with Individual B and sold Individual B approximately 90 firearms, which were loaded into Individual B's vehicle, as depicted below:



7. Individual B paid MULL $56,850 in U.S. currency for the firearms. MULL provided Individual B with a list of the firearms sold with their corresponding prices:



8. During the firearm sale on or about March 9, 2023, Individual B asked MULL why he did not have a brick-and-mortar business, to which MULL replied, "Like a store? I don't want nobody to know. I'm probably like you, I don't want nobody to know about it." Previously, on or about May 25, 2016, the Bureau of Alcohol Tobacco Firearms and Explosives ("ATF") served MULL with a cease-and-desist letter advising him that it was unlawful to engage in the business of dealing firearms without a license.

9. During the sale on or about March 9, 2023, MULL stated to Individual B, "Hopefully we can continue to do a bunch of business, I'll keep on getting stuff."

10. MULL has never been a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of United States Code.

All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## FORFEITURE

1.  The allegations contained in Count 1 of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of the offense in violation of Title 18, United States Code, Section 922(a)(1)(A) set forth in Count 1 of this Indictment, the defendant, DAVID JOSEPH MULL, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms, and ammunition involved in the commission of the offense, including but not limited to the following:

| TYPE | MAKE | MODEL | CALIBER | SERIAL NUMBER |
|---|---|---|---|---|
| Shotgun | Remington | 870 | 20 gauge | CC36290B |
| Pistol | Sig Sauer | P320 | 9mm | 58A032013 |
| Pistol | Glock | 45 | 45 | BMFC095 |
| Pistol | Glock | 19 G5 | 9 mm | BEYL040 |
| Pistol | Taurus | Spectrum | .380 | 1F055415 |
| Pistol | Taurus | Spectrum | .380 | 1F149795 |
| Pistol | Taurus | G2C | 9 mm | ADC048701 |
| Pistol | Ruger | LCP | .380 | 373-13053 |
| Pistol | Ruger | LCP II | .380 | 380148234 |
| Pistol | Glock | 19 G4 | 9 mm | BGWG709 |
| Pistol | Beretta | 92FS | 9 mm | A273532Z |
| Pistol | CZ | P-10 S | 9mm | UC07971 |
| Pistol | Taurus | G2C | 9 mm | ADG454581 |
| Pistol | Ruger | LCP II | .380 | 380215378 |
| Pistol | Ruger | LCP II | .22 | 381079469 |
| Pistol | Ruger | LCP | .22 | 380727171 |
| Pistol | Taurus | PT738 | .380 | 85954D |
| Pistol | Taurus | G3 | 9 mm | ADG458337 |
| Pistol | Smith & Wesson | Bodyguard | .380 | EAF1296 |
| Pistol | Smith & Wesson | Bodyguard | .380 | EAP3666 |
| Pistol | Ruger | 22/45 Lite | .22 | 390-51206 |
| Pistol | Taurus | PT111 Pro | 9 mm | TDR30816 |

| | | | | |
|---|---|---|---|---|
| Pistol | Sig Sauer | P365 | 9 mm | 66B719523 |
| Pistol | Sig Sauer | P320 | 9 mm | 58C348744 |
| Pistol | Beretta | APX | 9 mm | A128189X |
| Pistol | HS Produkt | Hellcat | 9 mm | BB248910 |
| Pistol | Glock | 45 | 9 mm | BVXC785 |
| Pistol | Glock | 19 G5 | 9 mm | BTPN101 |
| Pistol | Glock | 19 G4 | 9 mm | ADAB758US |
| Pistol | CZ | P-09 | 9 mm | C644403 |
| Rifle | Anderson | AM-15 | 556 | 21149660 |
| Rifle | CAI | 1975 Sporter | 762 | Z002615 |
| Rifle | Anderson | AM-15 | 556 | 18310327 |
| Rifle | Anderson | AM-15 | 556 | 18310326 |
| Rifle | Rock River | LAR 15 | 556 | CM24316 |
| Rifle | Double Star | Star 15 | 556 | DS15849 |
| Rifle | Palmetto State Armory | PA-15 | 556 | SCD066790 |
| Rifle | Del-Ton Inc | DTI-15 | 556 | 45726 |
| Rifle | Interarms | Sporter | 762 | PAC1148132 |
| Rifle | CAI | VSKA | 762 | SV7117751 |
| Pistol | Bersa | Thunder 380 | .380 | 916511 |
| Pistol | Glock | 42 | .380 | AGZU986 |
| Pistol | Kel Tec | P3AT | 380 | JL595 |
| Pistol | Taurus | PT-25 | .22 Auto | 51322Z |
| Pistol | Taurus | G3 | 9x19mm | ACM612008 |
| Pistol | Diamondback | DB380 | 380 Auto | ZM3035 |
| Revolver | Taurus | 651 | .357 Magnum | BY91170 |
| Pistol | Ruger | 9E | 9mm Luger | 337-77903 |
| Pistol | Glock | 17 Gen 4 | 9x19mm | BERT994 |
| Pistol | Glock | 19x | 9x19mm | BHNM221 |
| Pistol | Glock | 19x | 9x19mm | BWHA675 |
| Pistol | Glock | 19 Gen 5 | 9x19mm | BSCP050 |
| Pistol | Glock | 17 Gen 5 | 9x19mm | BGFG963 |
| Pistol | Glock | 17 Gen 5 | 9x19mm | BGLV849 |
| Pistol | Glock | 19 Gen 5 | 9x19mm | BTPG366 |
| Pistol | Taurus | PT-809 | 9mm | TKS38211 |
| Pistol | Glock | 17 | 9x19mm | BWWX566 |
| Pistol | Glock | 17 | 9x19mm | BWXS294 |
| Pistol | Glock | 42 | .380 Auto | AGFF410 |
| Pistol | Glock | 17 | 9x19mm | BACE015 |
| Pistol | Glock | 17 | 9x19mm | BVSG513 |

| Pistol | Glock | 19X | 9x19mm | BVHZ700 |
|---|---|---|---|---|
| Pistol | CZ | EVO Scoprion 3S1 | 9x19mm | C137836 |
| Pistol | Masada IWI | 9ORP | 9x19mm | M1031096 |
| Pistol | Smith & Wesson | M&P 9C | 9mm | MRF7679 |
| Pistol | Taurus | TX | 22LR | 1PT443883 |
| Pistol | Glock | 17 | 9x19mm | BAYZ320 |
| Pistol | Smith & Wesson | M&P Shield | 9mm | HKJ1608 |
| Pistol | Taurus | G2C | 9mm | 1C107804 |
| Pistol | Bersa | Thunder 380 CC | .380 ACP | D37610 |
| Pistol | Taurus | PT 111 Millenium G2 | 9mm | TJP00609 |
| Pistol | Taurus | Spectrum 380 | 380 | 1F148671 |
| Pistol | Bersa | Thunder 380 | 380 | E24945 |
| Pistol | Sig Sauer | P320 M17 | 9x19mm | M17A031928 |
| Pistol | Taurus | PT738 | 380 ACP | 28267E |
| Revolver | Taurus | 85 | 38 Special | MD99224 |
| Revolver | Taurus | 856 UL | 38 Special | MT90104 |
| Revolver | Taurus | 856 | 38 Special | ACB574587 |
| Pistol | Taurus | G2C | 9mm | 1C106904 |
| Pistol | Taurus | G2C | 9mm | ACL469233 |
| Pistol | Glock | 19 Gen 4 | 9mm | ADNR095 |
| Pistol | Ruger | p89DC | 9mm | 307-22341 |
| Pistol | Glock | 34 | 9x19mm | BFRB385 |
| Pistol | Glock | 17 | 9x19mm | BTVY856 |
| Pistol | Sig Sauer | P365 | 9mm | 66B819638 |
| Pistol | Glock | 48 | 9x19mm | BVNE714 |
| Pistol | Taurus | TH9 | 9mm | ACE877579 |
| Pistol | Ruger | 57 | 5.7mm | 641-69997 |
| Pistol | Hungarian Arms | PPH | 9mm Kurtz | "08474 |
| Pistol | Ruger | p85 | 9mm | 301-18380 |
| Pistol | Beretta | PX4 Storm | 9mm Para | PX341443 |
| Pistol | Smith & Wesson | SW22V | 22LR | UED2763 |
| Pistol | Smith & Wesson | M&P 9 Shield M2.0 | 9mm | LFP4093 |
| Pistol | Beretta | 92S | 9mm Para | U18835Z |
| Pistol | Sig Sauer | SP2022 | 9mm | 24B394220 |
| Revolver | Charter Arms | 357 Mag Pug | 357 Magnum | 15-00367 |

6

| | | | | |
|---|---|---|---|---|
| Pistol | Taurus | G3X | 9x19mm | ADJ671347 |
| Pistol | Ruger | LCP | 380 | 372053878 |
| Pistol | Beretta | 92FS | 9mm Para | BER638820 |
| Pistol | Ruger | P85MK2 | 9mm | 302-67924 |
| Pistol | Beretta | Witness-P | 9x19mm | MT25267 |
| Pistol | Sig Sauer | P250 | 9mm | 570053340 |
| Pistol | Ruger | Security 9 | 9mm | 381-88535 |
| Pistol | Ruger | LCP Max | 380 | 381355252 |
| Pistol | Walther | P22 | .22LR | L383098 |
| Revolver | Taurus | 886 | 38 Special | ADA831455 |
| Rifle | Ruger | 10//22 | .22LR | 0017-78698 |
| Rifle AR | Bushmaster | XM15-ES2 | .223/556 | L249486 |
| Pistol | Smith & Wesson | M&P15-22P | .22LR | WAF0036 |
| Rifle AK | Hesse | 47 | 7.62x39mm | K005741 |
| Rifle AK | Century International Arms Inc | M700 AB2 | 7.62x39mm | M70AB10877 |
| Rifle AK | Romarm/Cugir | WASR-10 | 7.62x39mm | 1-79853-07R0 |
| Rifle AK | Century International Arms Inc | VSKA | 7.62x9mm | SV7065171 |
| Rifle AR | Diamondback | DB15 | Multi | DB2208886 |
| Rifle AR | Dalphon | BFD | Multi | CAE0211 |
| Rifle | Ruger | 10//22 | 22LR | 0015-22097 |
| Rifle AR | Palmetto State Armory | PA-15 | multi | LW378848 |
| Rifle AK | Century International Arms Inc | VSKA | 7.62x39mm | SV7022175 |
| Rifle | Ruger | 10//22 | .22LR | 117-76285 |
| Rifle AK | Century International Arms Inc | RAS47 | 7.62x39mm | RAS47026067 |
| Rifle AK | Century International Arms Inc | VSKA | 7.62x39mm | SV7042455 |
| Rifle AR | Spikes Tactical | ST15 Crusader | multi | DV029188 |
| Rifle AK | Century International Arms Inc | VSKA | 7.62x39mm | SV7095719 |
| Rifle | Ruger | 10//22 | .22LR | 243-52943 |
| Rifle | Ruger | 10//22 | .22LR | 110-06079 |
| Rifle | Ruger | 10//22 | .22LR | 0018-76883 |
| Rifle | Ruger | 10//22 | .22LR | 129-64195 |
| Rifle AR | DPMS | A-15 | Multi | F072390K |
| Rifle AK | FEG (Hungary) | SA85M | 7.62x39mm | SM28381 |
| Rifle | Ruger | 10//22 | .22Lr | 231-20146 |
| Rifle AK | Riley Defense | RAK47 | 7.62x39mm | B41665 |

| Rifle AK | Palmetto State Armory | PSAK-556 | 5.56x45mm | A5K001924 |
| --- | --- | --- | --- | --- |
| Shotgun | Panzer Arms | AR Twelve | 12 Gauge | YD-20-10029 |
| | | | | |
| Pistol | Walther | Creed | 9mm | DEFCI3636 |
| Pistol | Ruger | Target Model 22/45 MK III | .22 | 275-62182 |
| Pistol | Ruger | LCP II | .380 | 380126697 |
| Pistol | Ruger | SR22 | .22 | 36069182 |
| Pistol | Taurus | PT809 | 9 mm | TKR80102 |
| AR Pistol | Sig Sauer upper, Triton Arms lower | TAP-15 | Multi | RD2038 |
| Pistol | Beretta | 84 BB | 9 mm | Y36178Y |
| Pistol | CS | CSP-07 | 9 mm | F344509 |

4.  The property subject to forfeiture further includes any and all firearms recovered from the defendant's basement, bedroom, and office on March 9, 2023.

5.  In addition, the United States may seek civil forfeiture of the property described above in paragraph 3 pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

6.  If any of the property described above, as a result of any act or omission of the defendant

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

8

21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).



ZACHARY A. MYERS
United States Attorney

By: _____
KELSEY L. MASSA
Assistant United States Attorney
MPB