UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:23-cr-00094-JRS-MG |
| DAVID JOSEPH MULL, | ) |
| | ) |
| Defendant. | ) |

MOTION FOR PROTECTIVE ORDER

The United States of America, by counsel, Zachary A. Myers, United States Attorney for the Southern District of Indiana, and Kelsey L. Massa, Assistant United States Attorney, hereby moves the Court for a protective order regarding the discovery material in the above-captioned matter. In support of this motion, the government states as follows:

1. On June 20, 2023, a federal grand jury returned an indictment charging the defendant with one count of Unlicensed Dealing in Firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A). A summons was issued for the defendant to appear.

2. The defendant had his initial appearance in federal court on July 7, 2023. The pretrial disclosure deadline was set for July 21, 2023.

3. The discovery material that the government will provide to the defendant will involve video recordings and phone communications which would depict confidential informants used by the government during this investigation.

Moreover, reports and affidavits that the government will provide contain Personal Identification Information ("PII") for various individuals that should not be disclosed to the public.

4. Consequently, the government moves the Court for a protective order, ordering counsel and/or agents of counsel for the defendant to not photocopy or duplicate, in whole or in part, attach, circulate, nor publish in any manner, other than to share the same with his client while maintaining care, custody and control of the same, any discovery or Jencks Act material provided by the government without providing the government with an opportunity to be heard regarding the public disclosure and only upon prior permission for public disclosure being granted by the Court.

WHEREFORE, the government requests that the Court grant the protective order requested by the government.

    Respectfully submitted,

    ZACHARY A. MYERS
    UNITED STATES ATTORNEY

By:  *s/ Kelsey L. Massa*
    Kelsey L. Massa
    Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 12, 2023, a copy of the foregoing Motion for Protective Order, was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>*s/ Kelsey L. Massa*</u>
Kelsey L. Massa
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: 317-226-6333

3